UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING,            )<br>                          )<br>       Plaintiff,        )<br>                          )<br>   v.                     )<br>                          )<br>CENTRAL INTELLIGENCE AGENCY, )<br>                          )<br>       Defendant.         )<br>                          ) | Civil Action No. 07-0430 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant Central Intelligence Agency hereby moves the Court for an extension of time to respond to the complaint filed in the above-captioned action. Defendant seeks an additional sixty (60) days, to and including July 13, 2007. Pursuant to LCvR 7(m), Defendant consulted with Plaintiff, who consents to this request.

In support of this Motion, Defendant hereby states:

1. Plaintiff served the complaint in this action on the United States Attorney for the District of Columbia on March 13, 2007. Absent an extension of time, Defendant must respond to the complaint within 60 days, or by May 14, 2007.

2. Defendant plans to file a dispositive motion in this case. To allow sufficient time for preparation of that filing (including agency affidavits) – and to accommodate the schedule of undersigned counsel, who will be out of the office for two weeks on work-related travel at the time the response to the complaint is due – Defendant seeks an additional 60 days to respond to the complaint, to and including July 13, 2007.

3. Granting the motion will allow Defendant to make a single, consolidated filing in response to the complaint and as such will make the most efficient use of the Court's time by avoiding piecemeal litigation.

WHEREFORE, Defendant asks that this Court grant the consent motion. A proposed order is attached.

Dated: <u>May 2, 2007</u>

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

<u>Of Counsel:</u>
Vesper Mei
Office of the General Counsel
Central Intelligence Agency
Washington, DC  20505

**/s/ Michael P. Abate**
MICHAEL P. ABATE
(IL Bar No. 6285597)
Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20530
Telephone: (202) 616-8209
Facsimile: (202) 616-8470

<u>Attorneys for Defendants</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANZ BOENING, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0430 (EGS) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**ORDER**

Defendant's Consent Motion for an extension of time to respond to the complaint to and including July 13, 2007 is hereby GRANTED.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE