## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANZ BOENING, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0430 (EGS) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION AND SUPPORTING POINTS AND AUTHORITIES
## FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Central Intelligence Agency hereby moves the Court for a short extension of time to respond to the Complaint filed in the above-captioned action. Defendant seeks an additional seven (7) days to respond to that Complaint, to and including July 20, 2007. Pursuant to LCvR 7(m), Defendant consulted with Plaintiff, who neither consents to nor opposes this request.

In support of this Motion, Defendant hereby states that it intends to respond to the Complaint by filing a dispositive motion supported by declarations from the Central Intelligence Agency, which require review by high level agency officials. Defendant request an additional seven (7) days to finalize the materials to be filed in support of that dispositive motion.

WHEREFORE, Defendant respectfully asks that this Court grant the motion. A proposed order is attached.

Dated: July 10, 2007                                 Respectfully submitted,

                                                     PETER D. KEISLER
                                                     Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

Of Counsel:
Vesper Mei
Office of the General Counsel
Central Intelligence Agency
Washington, DC  20505

**/s/ Michael P. Abate**
MICHAEL P. ABATE
(IL Bar No. 6285597)
Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20530
Telephone: (202) 616-8209
Facsimile: (202) 616-8470

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0430 (EGS) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**ORDER**

Defendant's motion for an extension of time to respond to the complaint to and including July 20, 2007 is hereby GRANTED.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE