**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANZ BOENING        * | |
|       * | |
|   Plaintiff,       * | |
|       * | Civil Action No: 07-430 (EGS) |
| v.           * | |
|       * | |
| CENTRAL INTELLIGENCE AGENCY   * | |
|       * | |
|   Defendant.      * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully move the Court for an extension of time of sixty days to on or before Friday, October 5, 2007, in which to submit his response to the defendant's Motion to Dismiss/Summary Judgment. This is the first request for an extension of time.

The defendant's motion was filed on July 20, 2007. At that time the undersigned counsel was engaged in intensive studying for the Maryland Out-of-State Attorney's Examination which was held on July 24, 2007. On that same date counsel flew to San Diego, California for business and returned on August 1, 2007. From August 3 – 19, 2007, counsel will be out-of-town on vacation. On August 20, 2007, the undersigned returns to San Diego for an article 32 proceeding at Camp Pendleton Marine Corp Base in the Haditha prosecution where he is serving as civilian counsel for a Staff Sergeant facing 18 counts of murder. The article 32 proceeding may take up to two weeks.

During the month of September the undersigned will be heavily overwhelmed in numerous cases in order to catch up on deadlines extended from this Summer. This would include, but is not necessarily limited to, the following: <u>German v. Bethesda Fire Department et al.</u>, Civil Action No. PJM-05-CV-494 (D.Md)(at least 10 depositions); <u>Ward v. Department of Justice</u>, DC-0752-07-0632-I-1 (MSPB)(at least 4 depositions); <u>Doe et al. v. Central Intelligence agency et al.</u>, No. 07-cv-9797 (2nd Cir.)(reply brief due

late September); <u>MacQuarrie v. The Socialist People's Libyan Arab Jamahiriya et al.</u>, Civil Action No. 04-176 (D.D.C.)(EGS)(opposition to motion to dismiss due September 28, 2007); <u>Sullivan v. Central Intelligence Agency</u>, Civil Action No. 07-685 (D.D.C.)(opposition to motion to dismiss due September 30, 2007); <u>James Madison Project v. CIA</u>, Civil Action No. 07-1154 (D.D.C.)(anticipated response to motion to dismiss); <u>Wuterich v. Murtha</u>, Civil Action No. 06-1366 (D.D.C.)(oral arguments), and several security clearance challenges before the Department of Defense and Central Intelligence Agency.

   Plaintiff's counsel has discussed this request with counsel for the defendant and he has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  August 3, 2007

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Mark S Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, DC 20036
                                        (202) 454-2809
                                        (202) 330-5610 fax
                                        ZaidMS@aol.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANZ BOENING | * |
| | * |
|     Plaintiff, | * |
| | *   Civil Action No: 07-430 (EGS) |
|     v. | * |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
|     Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of August 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before October 5, 2007, to submit his responsive documents.

_____
UNITED STATED DISTRICT JUDGE