**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANZ BOENING * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 07-430 (EGS) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully move the Court for an extension of time of to on or before Friday, November 9, 2007, in which to submit his response for classification review to the defendants' Motion to Dismiss.[1] The present due date is October 1, 2007.

The defendants' motion was filed on July 20, 2007. At that time the undersigned counsel was engaged in intensive studying for the Maryland Out-of-State Attorney's Examination which was held on July 24, 2007. On that same date counsel flew to San Diego, California for business and returned on August 1, 2007. From August 3 – 19, 2007, counsel will be out-of-town on vacation. From August 20, 2007 until September 6, 2007, counsel was engaged in an article 32 proceeding at Camp Pendleton Marine Corp Base in the Haditha prosecution where he served as civilian defense counsel for a Staff Sergeant facing 18 counts of murder. Written submissions in the case were filed on September 21, 2007.

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel faces a similar requirement due to his execution of a secrecy agreement. Therefore, documents associated with the filing first require a classification review and, as a result, the "deadline" date we seek is actually the submission of the documents to the CIA. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel can then file the documents via ECF.

Additionally, counsel was responsible for, among other things (including time off for the Jewish holidays), participating in more than one dozen depositions during September 7 – 27, 2007 in <u>German v. Bethesda Fire Department et al.</u>, Civil Action No. PJM-05-CV-494 (D.Md) and <u>Ward v. Department of Justice</u>, DC-0752-07-0632-I-1 (MSPB), as well as oral arguments that were held on September 28, 2007, in <u>Wuterich v. Murtha</u>, Civil Action No. 06-1366 (D.D.C.)(RMC).

Plaintiff's counsel has discussed this request with counsel for the defendant and he has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  October 1, 2007

                                                Respectfully submitted,

                                                /s/

                                                _____

                                                Mark S Zaid, Esq.
                                                D.C. Bar #440532
                                                Mark S. Zaid, P.C.
                                                1250 Connecticut Avenue, N.W.
                                                Suite 200
                                                Washington, DC 20036
                                                (202) 454-2809
                                                (202) 330-5610 fax
                                                ZaidMS@aol.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANZ BOENING * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 07-430 (EGS) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| * | |
| Defendant. * | |

* * * * * * * * * * * *

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of October 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before November 9, 2007, to submit his responsive documents.

_____
UNITED STATED DISTRICT JUDGE