UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 07-430 (EGS) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR MODIFICATION
OF COURT'S MINUTE ORDER DATED OCTOBER 4, 2007**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully move the Court for a slight modification of its Minute Order entered October 4, 2007; specifically, deleting the date upon which plaintiff is required to submit his filing to the defendant Central Intelligence Agency ("CIA") for classification review. Plaintiff is not seeking a further extension of the date for which his filing is due to be submitted to the Court, nor is there any intention to do so in the future.

The Court's Minute Order of October 4, 2007, stated:

> Plaintiff shall submit his response to the CIA for classification review no later than October 19, 2007 and shall file his response with this Court no later than November 19, 2007. Defendant's reply shall be filed no later than December 19, 2007.

In his Consented-To Motion for Extension dated October 1, 2007, the plaintiff sought an extension of time until November 9, 2007, in which to submit his responsive filing. While plaintiff is grateful to the Court's granting of additional time with respect to the actual filing deadline, the requirement to submit the documents to the CIA for classification review by October 19, 2007, creates a significant problem for which relief is sought.

In addition to the obligations the undersigned counsel is/was facing when he filed his last uncontested Motion for Extension, counsel was in depositions on October 5, 2007, a

hearing before the Defense Office of Hearings and Appeals on October 9, 2007 (for which the entire prior day was spent in preparation), out of the country from October 10-13, 2007, and is in Philadelphia on October 15-16, 2007, for a hearing before the Defense Office of Hearings and Appeals. This particular case involves complex legal (Constitutional and Administrative) and detailed factual matters that will require several meetings between counsel and client, as well as possible coordination with the CIA with respect to drafting certain portions of the forthcoming submissions (the coordination process of which has already been raised with the Government). Plaintiff's counsel assures the Court that this matter has his full attention and the filing deadline will be met.

   More importantly, it is highly doubtful that the CIA will require 30 days in which to review the plaintiff's submissions. In the nearly dozen years that the undersigned counsel has been dealing with the CIA it has never, to the best of counsel's recollection, required such a lengthy period of time to complete a classification review in one of the undersigned's cases. Counsel has always cooperated with the CIA in providing it sufficient time to permit a complete classification review while taking into account whatever court deadline might exist. There is no reason to believe this case will operate any differently and the undersigned will ensure that the CIA has ample time to review the forthcoming submission and meet the filing deadline of November 19, 2007.

   Government counsel's position on this matter has been requested, but as there is no extension of time being sought beyond which was already consented-to previously, there presumably would be no objection now. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date: October 15, 2007

                                      Respectfully submitted,

                                          /s/
                                    _____

                                    Mark S Zaid, Esq.
                                    D.C. Bar #440532
                                    Mark S. Zaid, P.C.
                                    1250 Connecticut Avenue, N.W.
                                    Suite 200
                                    Washington, DC 20036
                                    (202) 454-2809
                                    (202) 330-5610 fax
                                    ZaidMS@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING | |
| Plaintiff, | |
| v. | Civil Action No: 07-430 (EGS) |
| CENTRAL INTELLIGENCE AGENCY | |
| Defendant. | |

**ORDER**

Upon consideration of plaintiff's Motion for Modification of Court's Minute Order Dated October 4, 2007, and it appearing that the relief prayed is just and appropriate, it is this _____ day of October 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before November 19, 2007, to file his response with the Court.

_____
UNITED STATED DISTRICT JUDGE