**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRANZ BOENING               *

                             *

        Plaintiff,          *

                             *      Civil Action No. 07-0430 (EGS)

        v.                  *

                             *

CENTRAL INTELLIGENCE AGENCY    *

                             *

        Defendant.        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR**
**EXEMPTION FROM LOCAL RULE 7(e) PAGE LIMITATIONS**

Plaintiff Franz Boening ("Boening"), by and through his undersigned counsel, seeks leave from this Court to exceed the page limitation of forty-five pages set by LCvR 7(e) by no more than ten pages.

This case presents very detailed factual and constitutional matters pertaining to a prepublication classification review challenge by a former employee of the defendant Central Intelligence Agency ("CIA"). The CIA filed a Motion to dismiss the underlying lawsuit on July 20, 2007. Defendant's Motion to Dismiss Under Rule 12 and Motion for Summary Judgment Under Rule 56 (filed July 20, 2007). Boening will be filing on or before November 19, 2007, an Opposition to Defendant's Motion to Dismiss Under Rule 12 and Motion for Summary Judgment Under Rule 56 and Cross-Motion for Summary Judgment, as well as a Motion to Compel Defendant to Provide Access to "Classified" Documents to Plaintiff and his Counsel. These two filings, and their accompanying supportive documents, were submitted to the CIA to undergo a classification review on November 13, 2007.

The exemption for the page limitation is sought for Boening's Opposition to Defendant's Motion to Dismiss Under Rule 12 and Motion for Summary Judgment Under Rule 56 and Cross-Motion for Summary Judgment. In order to properly provide this Court with the relevant information necessary to support an Opposition <u>and</u> Cross-

Motion, Boening requires a small number of extra pages to set forth relevant facts of the case and legal arguments. Plaintiff's counsel has discussed this request with counsel for the defendant and he has consented to this request.

Date:   November 14, 2007

Respectfully submitted,

/s/

_____
Mark S. Zaid, Esq.
DC Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANZ BOENING | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action No: 07-430 (EGS) |
| v. | * |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
| Defendant. | * |

*    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of plaintiff's Consented-To Motion for Exemption from Local Rule 7(e) Page Limitations, and it appearing that the relief prayed is just and appropriate, it is this _____ day of November 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff may exceed LCvR 7(e) for his responsive filing to Defendant's Motion by no more than ten (10) pages.


_____
UNITED STATED DISTRICT JUDGE