UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING | * |
| Plaintiff, | * |
| v. | * Civil Action No: 07-430 (EGS) |
| CENTRAL INTELLIGENCE AGENCY | * |
| Defendant. | * |

* * * * * * * * * * * *

### ERRATA

Plaintiff Franz Boening, by and through his undersigned counsel, hereby submit for filing and consideration a November 22, 2004 memorandum that was omitted from Exhibit "6" to Opposition to Defendant's Motion to Dismiss Under Rule 12 and Motion for Summary Judgment Under Rule 56 and Plaintiff's Cross-Motion for Summary Judgment (filed November 19, 2007).

A copy of the full exhibit is attached.

Date:   November 20, 2007

                                                  Respectfully submitted,

                                                  /s/
                                               _____

                                               Mark S. Zaid, Esq.
                                               DC Bar #440532
                                               Bradley P. Moss, Esq.
                                               D.C. Bar #975905
                                               Mark S. Zaid, P.C.
                                               1250 Connecticut Avenue, N.W.
                                               Suite 200
                                               Washington, D.C. 20036
                                               (202) 454-2809

                                               Attorneys for Plaintiff

# EXHIBIT "6"

# November 22, 2004 PRB Submission Memorandum

22 November 2004

To: Publications Review Branch/CIA

From: Franz Boening, Terrorism Threat Integration Center (National Counter-Terrorism Center from 6 December 2004)

Subject: Review of "personal" documents for possible publication

Refs: a. 10 May 2001 Whistleblower Complaint and addendums dealing with "M"
b. 24 March 2003 Whistleblower Complaint alleging retaliation
c. 20 May 2004 Whistleblower Complaint alleging retaliation.
d. 16 January 2003 Grievance Against FBIS managers. (U/AOUO)

1. Please process the referenced documents for official release and/or approval. If full release is not possible, please recommend edits in order to effect the documents' release. Please review the documents as quickly as you review other documents for publication (which, I understand, normally have a round-turn time of 30 days or less). (U/AOUO)

2. Observations about the documents, in no particular order. (U/AOUO)

    a. CIA has classified all of the above documents except ref d. OIM has assured me, however, that all of the above manuscripts are "unofficial personal documents." As a result, OIM has not allowed me to challenge their classification under section 1.9 of Executive Order 12958. (I do not agree with OIM's assertion that these documents are unofficial but I am willing to submit them to your branch on the chance that they will be approved for release.) (U/AOUO)

    b. Ref a contains no classified material whatsoever. It is based entirely on open source research and I had no access whatsoever to official classified traffic on M, notwithstanding CIA assertions to the contrary. I request that this document be released in full--in keeping with CIA's stated belief in the First Amendment rights of employees. (Note: CIA spokesmen have recently cited the "First Amendment" as the reason for allowing former CIA employee Mike Scheuer to publish *Imperial Hubris* even though he had been a former chief of the CTC's Bin Ladin Branch and he spoke of secret CIA operations. Therefore, it seems to me that if PRB applies the "Scheuer standard" to refs a-c, my documents will released in full as they contain no classified information whatsoever.) (U/AOUO)

    c. CIA has not allowed me to challenge the classification of ref b. (U/AOUO)

    d. CIA has not allowed me to challenge the classification of ref c. Fyi, CIA Asserts that [   ] VA is a "classified" facility of CIA and that CIA's presence is Iraq is "classified." Both assertions are mistaken, in my view. The former DCI officially confirmed CIA's presence in Iraq during his message to the CIA workforce in early June 2004 and in a letter to Porter Goss later the same month. Please see CIALink for



1  background. In addition, CIA spokesman Mark Mansfield officially confirmed that an
2  investigation of CIA's conduct at Abu Ghrayb prison in Iraq is ongoing. Finally,
   VA is marked as the FBIS production point on literally 100s of CIRAS open-source
   messages produced every month. All these documents have the word "unclassified"
   written across the top. (A copy of one such unclassified cable is attached.) (U/AOUO)

    e. Ref d has not been classified by CIA. Please approve it for release. (U/AOUO)

3. I appreciate your consideration of this matter and remain available for possible questions (Lotus Notes or telephone is fine). My work phone number, when I am on duty, is 16010. (U)

Sincerely,
Franz Boening

(2)