UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0430 (EGS) |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

The parties hereby move the Court to establish a briefing schedule to allow sufficient time for consolidated briefing on the Motions now pending in the above-captioned matter, including: (1) Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment; (2) Plaintiff's Cross-Motion for Summary Judgment; and (3) Plaintiff's Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel ("Motion to Compel Access"). The parties respectfully propose that defendant file its reply in support of the Motion to Dismiss or, in the Alternative, for Summary Judgment, as well as its oppositions to plaintiff's Cross-Motion for Summary Judgment and Motion to Compel Access, on or before Friday January 11, 2008. The parties also propose that plaintiff submit to the CIA for classification review his replies in support of the Cross-Motion for Summary Judgment and Motion to Compel Access on or before Monday February 11, 2008. The documents will then be filed with the Court upon approval by the CIA. In support of this Joint Motion, the parties hereby state the following:

1.   On July 20, 2007, defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment. *See* Docket # 4.

2. On November 19, 2007, plaintiff opposed defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. *See* Docket # 9.

3. On November 19, 2007, plaintiff also filed a Cross-Motion for Summary Judgment. *See* Docket # 10.

4. On November 19, 2007, plaintiff also filed a Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel. *See* Docket # 11.

5. Under Local Civil Rule 7(d) and Federal Rules of Civil Procedure 6(a) and 6(e), defendant's reply brief in support of the Motion to Dismiss, or in the Alternative, for Summary Judgment, would be due on Friday, November 30, 2007 (counting 5 days from the date of filing, excluding weekends and the Thanksgiving Holiday, plus the 3-day mailing rule).

6. Under Local Civil Rule 7(b) and Federal Rules of Civil Procedure 6(a) and 6(e), defendant's oppositions to plaintiff's Cross-Motion for Summary Judgment and Motion to Compel Access would be due on Monday December 3, 2007 (counting 11 days from the date of filing, plus the 3-day mailing rule). If defendant filed those oppositions on December 3, 2007, plaintiff's reply briefs in support of those Motions would be due on December 13, 2007 (counting 5 days from the date of filing, excluding weekends, plus the 3-day mailing rule).

7. The pending motions–some of which, with this Court's permission, exceeded the applicable page limitations–contain numerous, discrete legal issues. The parties therefore request more time than is provided by the Federal and Local Civil Rules to adequately address the full range of legal issues presently in front of the Court. Moreover, the upcoming federal holidays present additional scheduling challenges for undersigned counsel and their clients, making it difficult for the parties to establish a briefing schedule that would allow the briefing on these motions to be

completed within a time frame shorter than the one proposed.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion to Establish a Briefing Schedule.

Dated: November 20, 2007                    Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              JEFFERY A. TAYLOR
                                              United States Attorney

                                              VINCENT M. GARVEY
                                              Deputy Branch Director

Of Counsel:                                 */s/ Michael P. Abate*
Kyle Schurle                                MICHAEL P. ABATE
Office of the General Counsel               (IL Bar No. 6285597)
Central Intelligence Agency                 Attorney, Civil Division
Washington, DC  20505                       U.S. Department of Justice
                                              P.O. Box 883
                                              20 Massachusetts Ave., N.W., Room 7302
                                              Washington, D.C. 20530
                                              Telephone: (202) 616-8209
                                              Facsimile: (202) 616-8470

                                              *Attorneys for Defendant*

                                              */s/ Mark S. Zaid*
                                              MARK S. ZAID, ESQ.
                                              (DC Bar No. 440532)
                                              BRADLEY P. MOSS, ESQ.
                                              (D.C. Bar No. 975905)
                                              Mark S. Zaid, P.C.
                                              1250 Connecticut Avenue, N.W., Suite 200
                                              Washington, D.C. 20036

                                              *Attorneys For Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-0430 (EGS)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

The Parties' Consent Motion to Establish a Briefing Schedule is hereby GRANTED.

Defendant shall file its (1) reply in support of its Motion to Dismiss or, in the Alternative, for Summary Judgment; (2) opposition to plaintiff's Cross-Motion for Summary Judgment; and (3) opposition to plaintiff's Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel, on or before Friday January 11, 2008.

Plaintiff shall file its reply in support of the (1) Cross-Motion for Summary Judgment; and (2) Motion to Compel Access to Classified Documents to Plaintiff and His Counsel, on or before Monday February 11, 2008.

It is SO ORDERED this _____ day of November, 2007.

 

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0430 (EGS) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Parties' Consent Motion to Establish a Briefing Schedule is hereby GRANTED.

Defendant shall file its (1) reply in support of its Motion to Dismiss or, in the Alternative, for Summary Judgment; (2) opposition to plaintiff's Cross-Motion for Summary Judgment; and (3) opposition to plaintiff's Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel, on or before Friday January 11, 2008.

Plaintiff shall file its reply in support of the (1) Cross-Motion for Summary Judgment; and (2) Motion to Compel Access to Classified Documents to Plaintiff and His Counsel, on or before Monday February 11, 2008.

It is SO ORDERED this _____ day of November, 2007.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE