UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ BOENING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0430 (EGS) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Parties' Consent Motion to Establish a Briefing Schedule is hereby GRANTED.

Defendant shall file its (1) reply in support of its Motion to Dismiss or, in the Alternative, for Summary Judgment; (2) opposition to plaintiff's Cross-Motion for Summary Judgment; and (3) opposition to plaintiff's Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel, on or before Friday January 11, 2008.

Plaintiff shall submit its reply in support of the (1) Cross-Motion for Summary Judgment; and (2) Motion to Compel Access to Classified Documents to Plaintiff and His Counsel, to the CIA for classification review on or before Monday February 11, 2008. The documents will then be filed with the Court upon approval by the CIA.

It is SO ORDERED this _____ day of November, 2007.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE