UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
FRANZ BOENING                  )
                               )
            Plaintiff,         )
                               )
                               )    Civ. No. 07-430 (EGS)
        v.                     )
                               )
CENTRAL INTELLIGENCE AGENCY,   )
                               )
            Defendant.         )
_____)
```

## ORDER

Pending before the Court is Defendant's Motion to Dismiss and Motion for Summary Judgment, Plaintiff's Cross Motion for Summary Judgment or in the Alternative Discovery, and Plaintiff's Motion to Compel Defendant to Provide Access to Classified Documents to Plaintiff and His Counsel. The parties have also filed a joint Motion proposing a concurrent briefing schedule for the Cross Motions and the Motion to Compel. Recognizing that the disposition of Plaintiff's Motion to Compel may have a significant impact on both parties' Motions for Summary Judgment including the possibility of supplemental filings in support of their cross motions, the Court will resolve the Motion to Compel before turning its attention to the Cross Motions for Summary Judgment. Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss and Motion for Summary Judgment are **DENIED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that Plaintiff's Cross Motion for Summary Judgment or in the Alternative Discovery is **DENIED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that the Parties' Joint Motion to Establish a Briefing Schedule is **GRANTED IN PART AND DENIED IN PART.** Defendant's Response to Plaintiff's Motion to Compel shall be filed no later than **January 11, 2008** and Plaintiff's Reply in Support of Plaintiff's Motion to Compel shall be submitted to the Central Intelligence Agency for classification review no later than **February 11, 2008.** Plaintiff's reply shall then be promptly filed with this Court upon approval of the CIA.

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **November 28, 2007**