UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANZ BOENING | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-430 (EGS) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully move the Court for an extension of time of to on or before Friday, February 8, 2008, in which to submit his response for classification review to the Defendants' Opposition to Plaintiff's Motion to Compel Renewed Motion for Summary Judgment.[1] The present due date is January 25, 2008.

The defendants' motion was filed on January 11, 2008. This case involves complicated Constitutional questions that, on some level, are somewhat novel as well. Additionally, counsel is presently facing deadlines in several other cases including German v. Bethesda Fire Department et al., Civil Action No. PJM-05-CV-494 (D.Md), and Doe et al. v. Rumsfeld et al., Civil Action No. 03-707 (D.D.C.), as well as numerous security clearance challenges/hearings. Furthermore, counsel is serving as the senior civilian defense counsel in the Marine criminal prosecution of U.S. v. Wuterich and is in

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel faces a similar requirement due to his execution of a secrecy agreement. Therefore, documents associated with the filing first require a classification review and, as a result, the "deadline" date we seek is actually the submission of the documents to the CIA. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel will then file the documents via ECF.

the midst of drafting pre-trial motions due January 31, 2008, and preparing for a court-martial proceeding scheduled to begin on March 3, 2008.

Plaintiff's counsel has discussed this request with counsel for the defendant and he has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  January 23, 2008

                                      Respectfully submitted,

                                      /s/
                                      _____

Mark S Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANZ BOENING | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-430 (EGS) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of January 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before February 8, 2008, to submit his responsive documents.

_____
UNITED STATED DISTRICT JUDGE