**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRANZ BOENING                           *
                                        *
       Plaintiff,                       *
                                        *       Civil Action No: 07-430 (EGS)
       v.                               *
                                        *
CENTRAL INTELLIGENCE AGENCY             *
                                        *
       Defendant.                       *
*    *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF'S MOTION FOR RECONSIDERATION**
**OF COURT'S MINUTE ORDER OF JANUARY 25, 2008**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully request the Court reconsider its denial of the plaintiff's consented-to Motion for an Extension of Time (filed January 24, 2008). The plaintiff sought a two week extension from January 25, 2008 to February 8, 2008, in which to submit his response for classification review to the Defendants' Opposition to Plaintiff's Motion to Compel and Renewed Motion for Summary Judgment.[1] This was his first request, and was not made lightly.

Plaintiff respectfully requests the Court grant him at least a one week extension until on or before February 1, 2008, for the reasons expressed below. Counsel apologies if he provided insufficient information to allow full consideration in the initial Motion.

The undersigned counsel essentially operates as a sole practitioner. He has one new Associate who is just one year out of law school and who is still becoming familiar with these cases that typically involve complicated Constitutional questions and novel issues

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel faces a similar requirement due to his execution of a secrecy agreement. Therefore, documents associated with the filing first require a classification review (as does this Motion)and, as a result, the "deadline" date we seek is actually the submission of the documents to the CIA. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel will then file the documents via ECF.

arising from the actions of the Intelligence Community. Many of the undersigned's cases involve access to classified information and sensitive personnel issues that not even his associate is privy to, and thus they must be handled alone. In the time period in question counsel has been juggling approximately one dozen matters that were time sensitive before the Central Intelligence Agency, Defense Intelligence Agency and the Department of Defense. Many of the matters involved security clearance revocation/denials and personnel actions (EEO complaints, IG investigations, etc) that faced deadlines that if they had not been met could have resulted in the loss of employment or discipline for the client.

Additionally, counsel is facing a deadline of today to file an Opposition/Reply for summary judgment in <u>German v. Bethesda Fire Department et al.</u>, Civil Action No. PJM-05-CV-494 (D.Md), which is a First Amendment case dating back several years involving the termination of a Deputy Fire Chief that is very factually involved. Counsel has literally been working night and day to complete the briefing.[2] The CIA has also, during the relevant time period, released documents in two FOIA lawsuits, <u>James Madison Project v. CIA</u>, Civil Action No. 07-1154 ((D.D.C.)(RMU) and <u>James Madison Project v. CIA</u>, Civil Action No. 07-1382 (D.D.C.)(RMU), that had to be personally reviewed by counsel in order to advise the Government as to any further challenges. Counsel is also engaged during this time period in an arbitration with the American Arbitration Association (which also has a deadline submission today) with a major defense contractor.

Furthermore, counsel is serving as the senior civilian defense counsel in the Marine criminal prosecution of <u>U.S. v. Wuterich</u> which arose out of the deaths of 24 alleged civilians in Haditha, Iraq on November 19, 2005. SSgt Frank Wuterich, the squad leader

---

[2] Counsel's prior reliance on <u>Doe et al. v. Rumsfeld et al.</u>, Civil Action No. 03-707 (D.D.C.)(EGS) seems to have dissipated as he was informed today that it appears a settlement has been reached between the parties.

from that day, is facing 160 years in prison; the stakes are high. This case has had the highest profile of all prosecutions from the Iraq War. SSgt Wuterich was just arraigned at Camp Pendleton, California (where all the proceedings take place) on January 8, 2008, and an aggressive trial schedule was set. Among other obligations, defense requests for witness production had to be filed by January 15, 2008, and at least five pre-trial motions, two of which the undersigned has primary responsibility, are due January 31, 2008. The court-martial proceeding is scheduled to begin on March 3, 2008, although motions hearings are to be held from February 13-15, 20-22, 2008. As plaintiff's counsel may actually be in California for up to one month beginning February 12, 2008, he is literally juggling every case he has in a frantic effort to timely address all deadlines before that date.

Finally, in addition to all the normal family obligations that also arise (especially with two children under the age of 5), the undersigned will be out-of-town from January 26 – 29, 2008, for medical treatment at the Mayo Clinic (regarding issues that most certainly have been pressing on his mind).

Plaintiff's counsel has discussed this request with counsel for the defendant and had received consent to the request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Therefore, in light of the above, plaintiff respectfully seeks reconsideration in order to gain at least one additional week to submit his filing to the CIA for classification review.

Date:  January 25, 2008

Respectfully submitted,

/s/

_____

Mark S Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRANZ BOENING | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-430 (EGS) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of January 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before February __, 2008, to submit his responsive documents.

_____
UNITED STATED DISTRICT JUDGE