UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANZ BOENING,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CENTRAL INTELLIGENCE AGENCY,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 07-0430 (EGS) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER**

Defendant Central Intelligence Agency wishes to clarify its position on Plaintiff's Motion for Reconsideration of Court's Minute Order of January 25, 2008 (Dkt. no. 21). Defendant indicated its consent to plaintiff's Motion for Extension of Time to File Response/Reply (Dkt. no.20), which this Court denied in a Minute Order dated January 25, 2008. In light of that ruling, defendant takes no position on the instant Motion to Reconsider.

Dated: January 25, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

Of Counsel:
Kyle Schurle
Office of the General Counsel

*/s/ Michael P. Abate*
MICHAEL P. ABATE
(IL Bar No. 6285597)

Case 1:07-cv-00430-EGS    Document 22    Filed 01/25/2008    Page 2 of 3

| | |
|---|---|
| Central Intelligence Agency<br>Washington, DC  20505 | Attorney, Civil Division<br>U.S. Department of Justice<br>P.O. Box 883<br>20 Massachusetts Ave., N.W., Room 7302<br>Washington, D.C. 20530<br>Telephone: (202) 616-8209<br>Facsimile: (202) 616-8470<br><br>*Attorneys for Defendant* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2008, I caused the foregoing Defendant's Response to Plaintiff's Motion to Reconsider to be served on plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

*/s/ Michael P. Abate*