AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Franz Boening

       Plaintiff(s)       )   **APPEARANCE**

       vs.       )   CASE NUMBER   07-0430 (EGS)
Central Intelligence Agency

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Bradley P. Moss  as counsel in this
                             (Attorney's Name)

case for:  Franz Boening
            (Name of party or parties)

3-10-08                                             */s/ Bradley P. Moss*
Date                                                Signature

                                                 Bradley P. Moss
                                                 Print Name

975905
BAR IDENTIFICATION                          1250 Connecticut Avenue, NW Ste. 200
                                                 Address

                                                 Washington   DC       20036
                                                 City            State       Zip Code

                                                 (202) 907-7945
                                                 Phone Number