**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRANZ BOENING | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-430 (EGS) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENTED-TO**
**MOTION FOR EXTENSION TO FILE REPLY BRIEF**

NOW COMES the plaintiff Franz Boening, by and through his undersigned counsel, to respectfully move this Court for a two week extension in which to submit to the defendant Central Intelligence Agency for classification review his Reply to Defendant's Opposition to Cross-Motion for Summary Judgment Or, Alternatively, Discovery. The brief is currently due to be filed on or before March 31, 2008.[1] Plaintiff seeks a new deadline of on or before April 14, 2008, and this is his first request. No further extensions are anticipated.

The undersigned counsel has an opposition brief due on March 27, 2008, in another CIA lawsuit, <u>Sullivan v. CIA et al.</u>, Civil Action No. 07-00685 (D.D.C.)(RWR), that focuses on complicated constitutional and statutory claims and will be in excess of fifty pages. Furthermore, counsel is engaged in handling several security clearance challenges before the U.S. Navy, Department of Defense and CIA, all of which have scheduled

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel faces a similar requirement due to his execution of a secrecy agreement. Therefore, documents associated with the filing first require a classification review (as does this Motion)and, as a result, the "deadline" date we seek is actually the submission of the documents to the CIA. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel will then file the documents via ECF.

deadlines. Finally, counsel was out-of-town for a family funeral and business trip from March 21-24, 2008, and will again be away on April 3-4, 2008, during which time he was/will be unable to work on any briefs.

Plaintiff's counsel has discussed this request with counsel for the defendant and has received consent. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  March 27, 2008

Respectfully submitted,

/s/

_____

Mark S Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRANZ BOENING               *

                               *

       Plaintiff,            *

                               *      Civil Action No: 07-430 (EGS)

       v.                   *

                               *

CENTRAL INTELLIGENCE AGENCY    *

                               *

       Defendant.         *

*    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before April 14, 2008, to submit his Reply brief to the CIA for classification review.

_____
UNITED STATED DISTRICT JUDGE